| | | | | |
|---|---|---|---|---|
| Hansen v. State .............. | 41A01–1603–CR–476 | 06/13/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Kissel v. State ............... | 20A05–1606–CR–1462 | 06/13/2017 | RILEY, J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Moriarity v. Gillis ............ | 18A04–1611–PL–2463 | 06/13/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Bedwell v. Auto–Owners Insurance Company ............... | 77A01–1612–CT–2899 | 06/13/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Coop v. State ................ | 22A01–1610–CR–2376 | 06/13/2017 | NAJAM, J.<br>BRADFORD, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs in part and dissents in part with separate opinion |
| Lanford v. Lanford ............ | 49A02–1702–DR–239 | 06/13/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Reversed<br>Concurs<br>Concurs |
| Love v. Love ................. | 32A01–1612–DR–2918 | 06/13/2017 | BRADFORD, J.<br><br><br><br><br>NAJAM, J.<br>RILEY, J. | Affirmed in part, reversed in part, and remanded with instructions<br>Concurs<br>Concurs |
| Larkins v. State .............. | 49A02–1611–CR–2516 | 06/13/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Burton v. State .............. | 49A02–1609–CR–2103 | 06/14/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Johnson v. Portfolio Recovery Associates, LLC ............... | 32A05–1611–CC–2570 | 06/14/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |